SCWC-14-0000787 and SCWC-14-0000848

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STEVEN L. FISHER,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000787 and CAAP-14-0000848; S.P.P. NO. 12-1-0002
(CR. NO. 6561))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Perkins, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Steven L. Fisher's,

application for writ of certiorari filed on September 14, 2015,

is hereby rejected.

DATED:  Honolulu, Hawai'i, October 27, 2015.

Steven L. Fisher
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Richard K. Perkins

